In the Matter of NEW ENGLAND DREDGE AND DOCK COMPANY v. CITY OF NEW YORK et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

JOSEPH M. JAFFIN v. GENERAL MACHINE PARTS CO., INC.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

BENJAMIN SILLS et al. v. CHARGE-IT SYSTEMS, INC., et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

TOMMY PRISCO v. LEE MAGID, Individually and Doing Business under the Names of LORNA MUSIC COMPANY and ALEXIS MUSIC, INC., et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

In the Matter of HARRY SMITH v. JACK A. CHARTOFF et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GRANVILLE BOODIE.— Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HABIB RIAD HAWA.— Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ARNOLD LEHRMAN.— Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

## (September 22, 1961)

In the Matter of THOMAS THACHER, as Superintendent of Insurance of the State of New York, v. UNITED CONSTRUCTION WORKERS et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

## (September 26, 1961)

In decisions Nos. 1–38 the court is as follows: Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HENRY MARKIN.— Motion to dismiss appeal granted.

THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR RAKOW.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached.

THE PEOPLE OF THE STATE OF NEW YORK v. LEOPOLD ALTMAN, JR.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1961, with notice of argument for the January 1962 Term of this court, said